# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H. | U.S.D.C.-S.D.TX | 08/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination   Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, EXECUTIVE COMMITTEE, COUNCIL, VICE PRESIDENT | AMERICAN LAW INSTITUTE |
| 2. | MEMBER, BOARD OF TRUSTEES AND EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | NATIONAL BOARD OF BAR EXAMINERS, WRITING | $7,000.00 |
| 2. | 2019 | JURIS PUBLISHING | $638.63 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▓▓▓▓▓▓▓▓▓ AND RELATED ENTITIES: PARTNER DISTRIBUTION |
| 2. | 2019 | ▓▓▓▓▓▓▓▓▓ : DIRECTOR'S FEES |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE AMERICAN LAW INSTITUTE | JANUARY 16-19, 2019 | PHILADELPHIA, PA | ALI EXECUTIVE MEETING AND COUNCIL MEETING | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 2. | MARQUETTE LAW SCHOOL | MARCH 4-6, 2019 | MILWAUKEE, WI | ANNUAL E. HAROLD HALLOWS LECTURE | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 3. | STANFORD LAW SCHOOL | APRIL 3-6, 2019 | STANFORD, CA | CODEX FUTURE LAW 2019 CONFERENCE-STANFORD LAW SCHOOL ROUNDTABLE DISCUSSION | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **ROSENTHAL, LEE H.** | 08/11/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 4. | DUKE LAW SCHOOL | MAY 23-24, 2019 | DURHAM, NC | DUKE LAW'S MASTER OF JUDICIAL STUDIES PROGRAM TECAHING JUDGES' SEMINAR | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 5. | DUKE LAW SCHOOL | MAY 30-31, 2019 | DURHAM, NC | DUKE LAW'S MASTER OF JUDICIAL STUDIES PROGRAM TECAHING JUDGES' SEMINAR | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 6. | DUKE LAW SCHOOL | JUNE 6-7, 2019 | DURHAM, NC | DUKE LAW'S MASTER OF JUDICIAL STUDIES PROGRAM TECAHING JUDGES' SEMINAR | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 7. | DUKE LAW SCHOOL | JUNE 13-14, 2019 | DURHAM, NC | DUKE LAW'S MASTER OF JUDICIAL STUDIES PROGRAM TECAHING JUDGES' SEMINAR | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 8. | DUKE LAW SCHOOL | JUNE 29-21, 2019 | ARLINGTON, VA | DUKE LAW PROPORTIONALITY CONFERENCE | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 9. | VANDERBILT LAW SCHOOL | AUGUST 22-24, 2019 | NASHVILLE, TN | INTERNATIONAL CLASS ACTIONS CONFERENCE | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 10. | AMERICAN ACADEMY OF ARTS AND SCIENCES | OCTOBER 10-12, 2019 | CAMBRIDGE, MA | LOCAL PROGRAM COMMITTEE MEETING | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 11. | THE AMERICAN LAW INSTITUTE | OCTOBER 15-18, 2019 | NEW YORK, NY | ALI EXECUTIVE COMMITTEE AND COUNCIL MEETING | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 12. | NATIONAL CONFERENCE OF BAR EXAMINERS | OCTOBER 24-26, 2019 | BOSTON, MA | CIVIL PROCEDURE DRAFTING COMMITTEE MEETING | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 13. | BOLCH JUDICIAL INSTITUTE - DUKE LAW | NOVEMBER 7-8, 2019 | DURHAM, NC | CIVIL RULES PLANNING CONFERENCE | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 14. | THE AMERICAN LAW INSTITUTE | NOVEMBER 14-16, 2019 | PHILADELPHIA, PA | ADVISERS AND MEMBERS CONSULTATIVE GROUP MEETING | AIRFARE, GROUND TRANSPORTATION, HOTEL, MEALS |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

23. _____ _____ _____ _____ _____

24. _____ _____ _____ _____ _____

25. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENTHAL, LEE H.** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Big Sandy, TX ISD, 5.0% due 02/15/2039 | E | Interest | | | Sold | 02/15/19 | P1 | | |
| 2. | Butler Cnty, PA Hosp Auth, 7.250% due 07/01/2039 | F | Interest | | | Sold | 07/01/19 | O | | |
| 3. | Conroe TX ISD 4.0% due 02/15/2021 | | None | P1 | T | Buy | 10/17/19 | P1 | | |
| 4. | Dallas Cnty, TX Hosp Dist Ref, 5.0% due 08/15/2020 | | None | P1 | T | Buy | 10/04/19 | P1 | | |
| 5. | Dauphin Cnty, PA Auth HlthSys, 6.0% due 06/01/2029 | E | Interest | | | Sold | 06/03/19 | P1 | | |
| 6. | Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| 7. | Harris Cty, TX, 5.00% due 10/1/19 | D | Interest | | | Matured | 10/01/19 | M | | |
| 8. | HBR Point CT Infrastructure, 7.875% due 04/01/39 | F | Interest | P1 | T | | | | | |
| 9. | IL Fin Auth Silver Cross Med Ctrs, 7%, due 8/15/2044 | G | Interest | | | Sold | 08/15/19 | P1 | | |
| 10. | IL St Fin Auth Rev Il Rush Univ Med, 6.625% due 11/01/39 | E | Interest | | | Sold | 05/01/19 | P1 | | |
| 11. | La Vernia, TX Hgr Edu Fin, 7.250% due 08/15/2031 | F | Interest | | | Sold | 08/15/19 | O | | |
| 12. | Leander, TX ISD 0.00% due 8/15/21 | | None | | | Sold | 08/15/19 | N | G | |
| 13. | Lewisville, TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| 14. | Lufkin, TX Hlth Facs Dev, Memorial Hlth, 6.25% due 02/15/2037 | E | Interest | | | Sold | 02/15/19 | O | | |
| 15. | NJ St Eductnl Facs Auth Rev, 6.25% due 07/01/2037 | F | Interest | | | Sold | 07/01/19 | O | | |
| 16. | NY MTA 4.0% due 02/03/2020 | | None | P1 | T | Buy | 02/13/19 | P1 | | |
| 17. | OH St Hosp Fac Rev, Cleveland Clinic, 5.5% due 01/01/2039 | E | Interest | | | Sold | 01/02/19 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENTHAL, LEE H.** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Richmond Co, GA Dev 6.375% due 12/01/21 | | None | L | T | | | | | |
| 19. St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| 20. Suffolk Cnty, NY TRANS, 5.0% due 7/24/2019 | F | Interest | | | Sold | 07/24/19 | P1 | | |
| 21. TX St Ref-Wtr Finl Assistance, 5.0%, due 08/01/20 | D | Interest | P1 | T | Buy | 05/16/19 | P1 | | |
| 22. Texas St Trans, 4.0% due 8/27/20 | | None | P1 | T | Buy | 08/21/19 | P1 | | |
| 23. Texas St Trans, 4.0% due 8/30/20 (maturity date s/b 8/29/19) | F | Interest | | | Sold | 08/29/19 | P1 | | |
| 24. University TX Univ 5.25% due 7/1/21 | E | Interest | N | T | | | | | |
| 25. WA St Ser F Mtr Veh Tax, 0.00% due 10/10/2021 | | None | O | T | Buy | 02/28/19 | O | | |
| 26. WI St Hlth & Eductnl Facs Auth Rev, 6.625% due 02/15/2039 | E | Interest | | | Sold | 02/15/19 | P1 | | |
| 27. JPM Chase - Checking | A | Interest | M | T | | | | | |
| 28. HSA Bank | A | Interest | M | T | | | | | |
| 29. Ally Bank | A | Interest | J | T | | | | | |
| 30. Altitude Ventures Texas, LP (1) | | None | K | U | Buy (add'l) | 03/01/19 | J | | |
| 31. | | | | | Buy (add'l) | 07/17/19 | K | | |
| 32. American Express Bank, FSB | A | Interest | J | T | | | | | |
| 33. AIF V Private Investors LLC (1) | | None | J | U | | | | | |
| 34. AIF VI Private Investors LLC (1) | | None | J | U | Distributed (part) | 01/18/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Distributed (part) | 06/28/19 | L | | |
| 36. AIF VII Private Investors LLC (1) | | None | L | U | Buy (add'l) | 04/25/19 | J | | |
| 37. | | | | | Distributed (part) | 08/02/19 | J | | |
| 38. | | | | | Distributed (part) | 10/28/19 | J | | |
| 39. APAX Europe VII Private Investors, LLC (1) | | None | J | U | Distributed (part) | 02/07/19 | J | | |
| 40. | | | | | Distributed (part) | 11/07/19 | J | | |
| 41. Atlantic Trust Company, N.A. | A | Dividend | J | T | | | | | |
| 42. Barclays Bank | A | Interest | J | T | | | | | |
| 43. Bepoken (9) | | None | | | | | | | |
| 44. BRKB-Common | | None | O | T | Donated (part) | | | | |
| 45. Black Stone Minerals, LP common units | G | Distribution | P1 | T | | | | | |
| 46. Black Stone Minerals, LP sub units | E | Distribution | | | Merged (with line 45) | 02/26/19 | M | | |
| 47. ▓▓▓▓▓ | A | Dividend | N | T | Buy | 02/11/19 | O | | |
| 48. | | | | | Sold (part) | 03/21/19 | O | | |
| 49. ▓▓▓▓ Restricted Stock (7) | | | | | | | | | |
| 50. CADE-Common | B | Dividend | K | T | Buy | 04/02/19 | J | | Distribution from Line 152 |
| 51. Carlyle Asia Partners II (1) | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CAP IV Private Investors, LLC (1) | | None | J | U | Distributed (part) | 02/11/19 | K | | |
| 53. | | | | | Distributed (part) | 06/10/19 | J | | |
| 54. | | | | | Buy (add'l) | 06/28/19 | K | | |
| 55. | | | | | Distributed (part) | 09/09/19 | K | | |
| 56. | | | | | Distributed (part) | 10/22/19 | J | | |
| 57. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 58. CAP V Private Investors, LLC (1) | | None | L | U | Buy (add'l) | 06/28/19 | J | | |
| 59. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 60. | | | | | Buy (add'l) | 12/31/19 | K | | |
| 61. Carlyle Japan International Partners II, L.P. (1) | | None | J | U | Distributed (part) | 12/20/19 | J | | |
| 62. CIT Bank | A | Interest | J | T | | | | | |
| 63. CJIP II Limited, L.P. (1) | | None | J | U | | | | | |
| 64. CD&R Fund IX Private Investors, LLC (1) | | None | O | U | Distributed (part) | 03/27/19 | K | | |
| 65. | | | | | Buy (add'l) | 04/11/19 | K | | |
| 66. | | | | | Buy (add'l) | 04/16/19 | K | | |
| 67. | | | | | Distributed (part) | 08/29/19 | L | | |
| 68. CD&R Fund X, LP (1) | | None | N | U | Distributed (part) | 02/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/16/19 | M | | |
| 70. | | | | | Buy (add'l) | 10/08/19 | K | | |
| 71. | | | | | Distributed (part) | 11/20/19 | K | | |
| 72. | | | | | Buy (add'l) | 12/31/19 | M | | |
| 73. Coatue Early Stage Fund LP (1) | | None | N | U | Buy | 01/31/19 | N | | |
| 74. | | | | | Buy (add'l) | 03/14/19 | L | | |
| 75. | | | | | Buy (add'l) | 07/02/19 | L | | |
| 76. Consumer Staples Select Sector SPDR-ETF | E | Dividend | N | T | Donated (part) | | | | |
| 77. Continuum Energy | | None | | | Distributed (part) | 05/02/19 | J | | |
| 78. | | | | | Distributed | 10/03/19 | J | | |
| 79. ▨-Common | | None | L | T | | | | | |
| 80. Cyber Innovation Partners II, LP (1) | | None | M | U | Buy | 05/30/19 | L | | |
| 81. | | | | | Buy (add'l) | 09/30/19 | L | | |
| 82. | | | | | Buy (add'l) | 12/11/19 | K | | |
| 83. Discover Bank | A | Interest | J | T | | | | | |
| 84. Emerald Marina Bay (1) | | None | | | Distributed | 12/31/19 | J | | |
| 85. Encino Energy, LLC (1) | | None | L | U | Distributed (part) | 10/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Energy Capital Investors Fund, LLC (1) | | None | J | U | Distributed (part) | 05/17/19 | K | | |
| 87. | | | | | Distributed (part) | 10/16/19 | J | | |
| 88.  Family Alignment: FA YPS LLC (1) | | None | L | U | Distributed (part) | 03/07/19 | J | | |
| 89.  Family Alignment: FA SPR LLC (1) | | None | K | U | | | | | |
| 90.  Family Alignment: FA ASL LLC (1) | | None | M | U | Distributed (part) | 03/07/19 | K | | |
| 91. | | | | | Distributed (part) | 08/13/19 | J | | |
| 92.  Family Alignment: FA Trilliant LLC (1) | | None | L | U | | | | | |
| 93.  Family Alignment: FA Pipeline LLC (1) | | None | M | U | Buy | 03/05/19 | L | | |
| 94.  Family Alignment: FA Celtic LLC (1) | | None | L | U | Buy | 05/07/19 | L | | |
| 95.  Family Alignment: FA Sanara LLC (1) | | None | M | U | Buy | 10/08/19 | L | | |
| 96.  FDC Group McKinney, Ltd., Houston (1) (12) | D | Rent | J | U | | | | | |
| 97.  FDC Group Crawford, Ltd. (1) | | None | M | U | | | | | |
| 98.  FDC Group Dunlavy, Ltd. (1) | | None | L | U | | | | | |
| 99.  FDC Group Wilcrest, Ltd., Houston (1)(12) | C | Rent | J | U | | | | | |
| 100.  FDC Group Yorktown, Ltd. (1) | | None | L | U | | | | | |
| 101.  FDC Group Waugh, Ltd., Houston (1)(12) | E | Rent | M | U | | | | | |
| 102.  Finger-Roxboro, Ltd., Atlanta (1)(12) | D | Rent | M | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Finger-VOTL, Ltd., Harris County (1)(12) | D | Rent | K | U | | | | | |
| 104. FET-Common | | None | J | T | Buy | 09/17/19 | J | | Distribution from line 162 |
| 105. | | | | | Buy (add'l) | 09/17/19 | J | | Distribution from line 167 |
| 106. | | | | | Buy (add'l) | 09/26/19 | J | | Distribution from line 162 |
| 107. | | | | | Buy (add'l) | 09/26/19 | J | | Distribution from line 167 |
| 108. Goldman Sachs Bank | A | Interest | J | T | | | | | |
| 109. Mt. Kellett (1) | | None | K | U | Distributed (part) | 03/15/19 | K | | |
| 110. | | | | | Distributed (part) | 12/31/19 | J | | |
| 111. Mt. Kellett II (1) | | None | L | U | Distributed (part) | 09/12/19 | K | | |
| 112. | | | | | Distributed (part) | 12/31/19 | J | | |
| 113. GHR Healthcare, LLC | | None | M | U | Buy (add'l) | 07/15/19 | J | | |
| 114. | | | | | Buy (add'l) | 08/13/19 | K | | |
| 115. Great Northern Midstream, LLC (1) Y | | None | J | U | | | | | |
| 116. Ishares Core High Dividend-ETF | D | Dividend | N | T | Donated (part) | | | | |
| 117. ▆▆▆▆▆▆ (1) | | None | J | U | Buy (add'l) | 06/14/19 | J | | |
| 118. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 119. HydroEx Acquistion, LLC (1)(a) | | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Ishares US Consumer Goods-ETF | D | Dividend | N | T | Donated (part) | | | | |
| 121. JP Morgan Chase Investment Account - Cash | D | Dividend | P2 | T | | | | | |
| 122. KKR 2006 Private Investors, LLC (1) | | None | M | U | Buy (add'l) | 02/27/19 | J | | |
| 123. | | | | | Distributed (part) | 03/26/19 | J | | |
| 124. | | | | | Distributed (part) | 04/08/19 | J | | |
| 125. | | | | | Distributed (part) | 08/26/19 | J | | |
| 126. | | | | | Distributed (part) | 09/30/19 | J | | |
| 127. | | | | | Distributed (part) | 12/09/19 | J | | |
| 128. | | | | | Distributed (part) | 12/23/19 | J | | |
| 129. KKR Americas XII Private Investors (1) | | None | N | U | Buy (add'l) | 02/01/19 | K | | |
| 130. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 131. | | | | | Buy (add'l) | 08/02/19 | K | | |
| 132. | | | | | Buy (add'l) | 11/12/19 | K | | |
| 133. KMI-Common | E | Dividend | P1 | T | | | | | |
| 134. Merrill Lynch (CMA) | C | Interest | N | T | | | | | |
| 135. Milton Meisler Holdings LLC | | None | L | U | | | | | |
| 136. Milton ZXP Holdings | | None | L | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. NITYA - BCH Investors LLC, Harris County (1)(12) | D | Rent | | | Sold (part) | 09/10/19 | M | G | |
| 138. | | | | | Sold | 11/22/19 | L | D | |
| 139. NITYA - Legacy at Westchase Investors, LLC, Houston (1)(12) | D | Rent | J | U | | | | | |
| 140. NITYA - D2 Properties, LLC, Dallas (1)(12) | E | Rent | J | U | | | | | |
| 141. NITYA - Sierra Park Investors, LLC, Dallas (1)(12) | E | Rent | J | U | | | | | |
| 142. NITYA - TEAI LLC, Houston (1)(12) | D | Rent | L | U | | | | | |
| 143. NITYA - Saah Investors, Houston (1)(12) | D | Rent | L | U | | | | | |
| 144. NITYA - A2 Apartment Investors, Austin | E | Rent | M | U | | | | | |
| 145. Oaktree Capital Group LLC | E | Distribution | | | Sold (part) | 05/10/19 | N | | |
| 146. | | | | | Sold | 05/13/19 | O | | |
| 147. ▨ -Common | | None | | | Sold | 08/07/19 | M | | |
| 148. MGI Pearl Midtown, LLC, Houston (1)(12) | D | Rent | J | U | | | | | |
| 149. MGI Pearl CityCenter, LLC, Houston (1) (12) | D | Rent | M | U | | | | | |
| 150. MGI Pearl Midtown Residences, Ltd, Houston (1) | | None | N | U | | | | | |
| 151. MGI 21Eleven Investors, LP, Houston (1) (12) | D | Rent | M | U | | | | | |
| 152. Platform Partners, LLC (1) | | None | P1 | U | Distributed (part) | 04/02/19 | K | | Distributed to Line 50 |
| 153. | | | | | Distributed (part) | 10/02/19 | O | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Platform Partners Capital LLC (1) | | None | M | U | Buy | 10/22/19 | M | | |
| 155.  RDS A-ADR | F | Dividend | P1 | T | | | | | |
| 156.  RDS/B-ADR | F | Dividend | P1 | T | | | | | |
| 157.  Renasant-Common | D | Dividend | | | Sold<br>(part) | 08/07/19 | M | F | |
| 158. | | | | | Sold<br>(part) | 08/08/19 | M | F | |
| 159. | | | | | Donated | | | | |
| 160.  Roku-Common | | None | | | Donated | | | | |
| 161. | | | | | Buy | 12/05/19 | N | | |
| 162.  SCF-V, L.P. (1) | | None | J | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 165. | | | | | Distributed<br>(part) | 09/17/19 | J | | Distributed to Line 104 |
| 166. | | | | | Distributed<br>(part) | 09/26/19 | J | | Distributed to Line 104 |
| 167.  SCF-VI, L.P. (1) | | None | M | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 170. | | | | | Distributed<br>(part) | 09/17/19 | J | | Distributed to Line 104 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Distributed<br>(part) | 09/26/19 | J | | Distributed to Line 104 |
| 172.  SCF-VII, L.P. (1) | | None | N | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 174. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 176.  SCF-VII(a), L.P. (1) | | None | L | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 179. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 180.  SCF-VII(AIV), L.P. (1) | | None | M | U | | | | | |
| 181.  SCF-VIII, L.P (1) | | None | M | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 02/07/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 185. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 186. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 187. | | | | | Buy<br>(add'l) | 04/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 189. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 190. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 191. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 192. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 193.  SCF-VIII(AIV), L.P. (1) | | None | M | U | | | | | |
| 194.  SCF-IX, LP (1) | | None | N | U | Buy<br>(add'l) | 01/09/19 | J | | |
| 195. | | | | | Buy<br>(add'l) | 02/27/19 | M | | |
| 196. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 199. | | | | | Buy<br>(add'l) | 09/10/19 | J | | |
| 200. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 201. | | | | | Buy<br>(add'l) | 11/12/19 | K | | |
| 202. | | | | | Buy<br>(add'l) | 12/26/19 | K | | |
| 203.  SRE Properties, LP, Houston (1)(12) | D | Rent | J | U | | | | | |
| 204.  Surefire Social-Convertible Pfd | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Synchrony Bank | A | Interest | J | T | | | | | |
| 206. ▬▬▬▬ (1) | | None | N | U | Buy (add'l) | 12/31/19 | M | | |
| 207. | | | | | Distributed (part) | 12/31/19 | L | | |
| 208. ▬▬▬▬ (1) | | None | | | Buy (add'l) | 12/31/19 | J | | |
| 209. | | | | | Distributed | 12/31/19 | J | | |
| 210. ▬▬▬▬ (1) | | None | | | Distributed | 12/31/19 | K | | |
| 211 ▬▬▬▬ (1) | | None | | | Buy (add'l) | 12/31/19 | J | | |
| 212. | | | | | Distributed | 12/31/19 | J | | |
| 213. ▬▬▬▬ (1) | | None | | | Buy (add'l) | 12/31/19 | J | | |
| 214. | | | | | Distributed | 12/31/19 | L | | |
| 215. ▬▬▬▬ (1) | | None | K | U | Distributed (part) | 12/31/19 | N | | |
| 216. ▬▬▬▬ (1) | | None | N | U | Buy (add'l) | 12/31/19 | J | | |
| 217. | | | | | Distributed (part) | 12/31/19 | M | | |
| 218. ▬▬▬▬ (1) | | None | P1 | U | Buy (add'l) | 12/31/19 | J | | |
| 219. | | | | | Distributed (part) | 12/31/19 | O | | |
| 220. ▬▬▬▬ (1) | | None | P2 | U | Buy (add'l) | 12/31/19 | L | | |
| 221. | | | | | Distributed (part) | 12/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. ▬▬▬▬ (1) | | None | M | U | Buy (add'l) | 12/31/19 | K | | |
| 223. | | | | | Distributed (part) | 12/31/19 | J | | |
| 224. ▬▬▬ (1) | | None | P1 | U | Buy (add'l) | 12/31/19 | O | | |
| 225. | | | | | Distributed (part) | 12/31/19 | L | | |
| 226. ▬▬▬ (1) | | None | K | U | Distributed (part) | 12/31/19 | P1 | | |
| 227. ▬▬▬ (1) | | None | J | U | | | | | |
| 228. ▬▬ (1) | | None | M | U | Buy (add'l) | 12/31/19 | L | | |
| 229. | | | | | Distributed (part) | 12/31/19 | J | | |
| 230. ▬▬▬ (1) | | None | O | U | Buy (add'l) | 12/31/19 | N | | |
| 231. | | | | | Distributed (part) | 12/31/19 | K | | |
| 232. ▬▬▬ (11) H | | | | | | | | | |
| 233. ▬ | | | O | U | Buy (add'l) | 02/22/19 | K | | |
| 234. | | | | | Buy (add'l) | 03/26/19 | L | | |
| 235. ▬▬ | | | N | U | Buy | 12/04/19 | N | | |
| 236. ▬▬ | | | O | U | Buy (add'l) | 03/26/19 | K | | |
| 237. | | | | | Buy (add'l) | 09/26/19 | K | | |
| 238. ▬ | | | N | U | Sold (part) | 04/26/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 239. | ▮▮▮▮▮ | | | M | U | | | | | |
| 240. | ▮▮▮ | | | N | U | | | | | |
| 241. | ▮▮▮ | | | L | U | Buy | 02/27/19 | L | | |
| 242. | ▮▮ | | | N | U | | | | | |
| 243. | ▮▮ | | | M | U | Buy | 02/29/19 | M | | |
| 244. | ▮▮▮ | | | | | Sold | 03/06/19 | N | | |
| 245. | ▮ | | | | | Sold | 06/30/19 | J | | |
| 246. | ▮▮▮ | | | L | U | Buy | 08/31/19 | L | | |
| 247. | ▮▮ | | | N | U | Buy (add'l) | 08/28/19 | J | | |
| 248. | ▮▮▮▮ | | | O | U | | | | | |
| 249. | ▮▮▮▮▮▮ | D | Int./Div. | O | T | | | | | |
| 250. | JP Morgan Chase-Checking | | None | J | T | | | | | |
| 251. | JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| 252. | Vanguard Municipal Money Market | G | Dividend | P2 | T | | | | | |
| 253. | Vanguard Large Cap Index Fund Adm | E | Dividend | O | T | Donated (part) | | | | |
| 254. | Vanguard Tax-Managed Cap Appreciation-Mutual Fund | G | Dividend | P2 | T | | | | | |
| 255. | Vanguard 500 Index-Mutual Fund | G | Dividend | P2 | T | Buy (add'l) | 03/19/19 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 07/22/19 | M | | |
| 257. | | | | | Buy<br>(add'l) | 12/04/19 | P1 | | |
| 258. | | | | | Buy<br>(add'l) | 12/05/19 | O | | |
| 259. | | | | | Donated<br>(part) | | | | |
| 260. Vanguard Federal M/M | D | Dividend | M | T | | | | | |
| 261. Vanguard Information Technology Index<br>Admiral Fund | E | Dividend | P1 | T | | | | | |
| 262. Vanguard Dividend Appreciation ETF (10) | D | Dividend | N | T | | | | | |
| 263. VETIQ Staffing LLC (1) | | None | J | U | | | | | |
| 264. WLR Recovery IV Investors, LLC (1) | | None | J | U | Distributed<br>(part) | 01/14/19 | J | | |
| 265. WRK-Common | E | Dividend | P1 | T | Buy | 02/14/19 | N | | |
| 266. | | | | | Buy<br>(add'l) | 02/22/19 | M | | |
| 267. | | | | | Buy<br>(add'l) | 03/05/19 | M | | |
| 268. | | | | | Buy<br>(add'l) | 03/12/19 | L | | |
| 269. | | | | | Buy<br>(add'l) | 03/19/19 | L | | |
| 270. | | | | | Buy<br>(add'l) | 04/17/19 | M | | |
| 271. | | | | | Buy<br>(add'l) | 04/22/19 | M | | |
| 272. | | | | | Buy<br>(add'l) | 05/21/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 05/22/19 | M | | |
| 274. | | | | | Buy (add'l) | 05/23/19 | M | | |
| 275. | | | | | Buy (add'l) | 05/28/19 | L | | |
| 276. | | | | | Buy (add'l) | 12/24/19 | M | | |
| 277. Xapp Media (9) | None | | | | | | | | |
| 278. ZoChem (formerly known as Zinc Oxide-SeriesA) (1) | None | K | | U | Distributed (part) | 03/25/19 | J | | |
| 279. | | | | | Distributed (part) | 05/08/19 | K | | |
| 280. | | | | | Buy (add'l) | 06/20/19 | M | | |
| 281. | | | | | Distributed (part) | 08/27/19 | K | | |
| 282. | | | | | Distributed (part) | 12/12/19 | N | | |
| 283. Certain LLC 1/18 (1) | None | J | U | | | | | | |
| 284. Certain Limited Partners 1/39 (1) | None | J | U | | | | | | |
| 285. Certain Limited Partners 2/54 H | | | | | | | | | |
| 286. -Elliott Associates, L.P. (1) | None | P2 | U | | | | | | |
| 287. -Elliott Co-Investment A-1, L.P. (1) | None | N | U | | Buy | 08/26/19 | N | | |
| 288. -Elliott Co-Investment A-2, L.P. (1) | None | M | U | | Buy | 08/26/19 | M | | |
| 289. -Elliott Co-Investment A-3, L.P. (1) | None | O | U | | Buy | 08/26/19 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  -Elliott Co-Investment A-4, L.P. (1) | | None | N | U | Buy | 08/26/19 | N | | |
| 291.  -West Cam, L.P. (1) | | None | J | U | | | | | |
| 292.  -MP GEO, LLC (1) | | None | J | U | Distributed (part) | 03/19/19 | K | | |
| 293.  -Midland Basin GEO, LLC (1) | | None | K | U | Distributed (part) | 05/17/19 | J | | |
| 294.  -Gamma Geo (1) | | None | J | U | Distributed (part) | 02/01/19 | J | | |
| 295. | | | | | Distributed (part) | 02/14/19 | J | | |
| 296. | | | | | Distributed (part) | 03/14/19 | J | | |
| 297. | | | | | Distributed (part) | 05/08/19 | J | | |
| 298. | | | | | Distributed (part) | 07/19/19 | J | | |
| 299. | | | | | Distributed (part) | 08/20/19 | J | | |
| 300. | | | | | Distributed (part) | 08/29/19 | J | | |
| 301. | | | | | Distributed (part) | 09/09/19 | J | | |
| 302. | | | | | Distributed (part) | 09/20/19 | J | | |
| 303. | | | | | Distributed (part) | 12/09/19 | J | | |
| 304.  -Flex Waz (1) | | None | J | U | Distributed (part) | 11/12/19 | J | | |
| 305. | | | | | Distributed (part) | 11/22/19 | J | | |
| 306.  Certain LLC 2/54 (1% owner in 2/54LP) (1) | | None | K | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307.  IRA #1 H | | | | | | | | | |
| 308.  -Vanguard Admiral Fund Treasury M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 309.  -Vanguard Prime M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 310.  -Vanguard 500 Index Fund | D | Dividend | O | T | | | | | |
| 311.  -Vanguard S&P 500 Index ETF | D | Dividend | O | T | | | | | |
| 312.  -Vanguard Federal Money Market Fund | D | Dividend | O | T | | | | | |
| 313.  IRA #2 H | | | | | | | | | |
| 314.  -IShares Core High Dividend - ETF | E | Dividend | P1 | T | | | | | |
| 315.  -KMI - Common Stock | E | Dividend | | | Sold | 12/04/19 | O | | |
| 316.  -Oaktree - Units | F | Distribution | | | Sold<br>(part) | 05/09/19 | M | | |
| 317. | | | | | Sold | 05/13/19 | O | | |
| 318.  -RDSB - ADR | F | Dividend | | | Sold | 12/04/19 | P1 | G | |
| 319.  -Vanguard 500 Index Fund | E | Dividend | P1 | T | Distributed<br>(part) | 12/02/19 | P1 | | |
| 320. | | | | | Distributed<br>(part) | 12/04/19 | P1 | | |
| 321. | | | | | Buy<br>(add'l) | 12/05/19 | P1 | | |
| 322.  -Vanguard S&P 500 Index ETF | F | Dividend | P1 | T | Buy<br>(add'l) | 07/22/19 | M | | |
| 323.  -Vanguard Federal Money Market Fund | D | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -WRK-Common | D | Dividend | O | T | Buy | 5/22/19 | K | | |
| 325. | | | | | Buy (add'l) | 05/23/19 | M | | |
| 326. | | | | | Buy (add'l) | 05/04/19 | M | | |
| 327. | | | | | Buy (add'l) | 06/05/19 | M | | |
| 328.  #2 Trust (R8) H | | | | | | | | | |
| 329.  -Merrill Lynch Reserves | A | Interest | M | T | | | | | |
| 330.  -IShares US Consumer Goods - ETF | E | Dividend | O | T | | | | | |
| 331.  -Vanguard Tax-Managed Capital Appreciation - Mutual Fund | E | Dividend | P1 | T | | | | | |
| 332.  -Vanguard Admiral Fund Treasury - Mutual Fund | A | Dividend | J | T | | | | | |
| 333.  -Vanguard Muncipal M/M - Mutual Fund | A | Dividend | J | T | | | | | |
| 334.  -Vanguard Federal M/M - Mutual Fund | B | Dividend | M | T | | | | | |
| 335.  -Certain Limited Partners 2/54 H | | | | | | | | | |
| 336.  -Elliott Associates, L.P. (1) | | None | P1 | U | | | | | |
| 337. | | | | | | | | | |
| 338. | | | | | | | | | |
| 339. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENTHAL, LEE H.** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). ▮▮▮▮▮▮▮▮ entities' values in Column D(2) are listed as of year-end notwithstanding when distribution was made.

(a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to gross value in Column C(2).

(2) Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(3) No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(4) All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(5) Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(6) No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(7) Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. A "buy" transaction is reflected in Section (D) with the date and value of the vested stock.

(8) Oil and Gas interests – value not known to filer.

(9) Private company – value not known to filer.

(10) Inadvertently omitted in prior year report.

(11) Amounts for each portfolio company are aggregated values for the direct ownership of each entity as well as indirectly through other ▮▮▮▮▮▮▮▮ entities and are shown in Column C(2). Column D(3) reflects cash paid or received for each ▮▮▮▮▮▮▮▮ Portfolio Company. Income and gain is included (to the extent distributed) in this value.

(12) Represents a limited partnership or LLC investment in a real estate project or projects. All income noted in Column B(1) is effectively net rental income.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEE H. ROSENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544